Bron E. D'Angelo, Esq., SBN 246819
Michael F. Colbert, Esq., SBN 319539
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: bdangelo@pettitkohn.com
        mcolbert@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA MARTINEZ ARREOLA, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC.; and DOES 1 TO 10, inclusive, <br><br> Defendants. | CASE NO.: 2:21-cv-7278 <br><br> **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)** <br><br> Courtroom: <br> District Judge: <br> Magistrate Judge: <br> Complaint Filed: July 20, 2021 <br> Trial Date: |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant WALMART INC. ("Wal-Mart"), by and through its counsel, hereby removes that above-entitled action filed by Plaintiff GLORIA MARTINEZ ARREOLA ("Plaintiff") in the Superior Court of the State of California, County of Los Angeles, Case No. 21STCV26616 to the United States District Court, Central District of California pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

///

///

///

///

2354-9474

1

1.     On July 20, 2021, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *Gloria Martinez Arreola v. Walmart Inc.*, Case Number 21STCV26616 ("the State Action").  A copy of the complaint filed in the State Action is attached hereto as Exhibit 1.

2.     Walmart Inc. was served with a copy of the complaint filed in the State Action and a summons from the State Court on August 11, 2021.  A copy of the summons is attached hereto as Exhibit 2.

3.     Based on a review of the State Court file as of September 10, 2021, no other Defendant has been served with any summons or complaint in the State Action.

4.     Plaintiff's complaint purports to assert causes of action for premises liability and negligence.

5.     The complaint seeks to recover damages for, wage loss, hospital and medical expenses, general damages, and emotional distress damages. (Exhibit 1, ¶ 3, pp. 2.)

**DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332 (A)**

6.     This Court has jurisdiction over this matter under 28 U.S.C. § 1332 (a) (1), because there is complete diversity as the parties are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Removal is therefore proper pursuant to 28 U.S.C. §§ 1441 (a) and (b).

7.     Plaintiff is believed to be a citizen of the State of California.

8.     Walmart is a citizen of Delaware where it is incorporated, and of Arkansas, where it holds its principal place of business (in Bentonville, Arkansas). Copies of Walmart's corporate information from the California Secretary of State Business Search and the Arkansas Secretary of Business/Commercial Services are attached hereto as Exhibits 3 and 4, respectively.

///

///

2354-9474

9. Because the State Action is pending in the Superior Court of California in and for the County of Los Angeles, removal of this action to this District Court is proper under 28 U.S.C. section 1441 (a).

10. Removal is timely under 28 U.S.C. section 1446 (b) because this Notice of Removal is filed within 30 days of Walmart being served with Plaintiff's Complaint. (*See* Exhibit 2).

11. Plaintiff has alleged the amount in controversy exceeds $75,000. Plaintiff has filed a statement of damages with her Complaint alleging medical expenses exceed $59,027, pain suffering and inconvenience are $250,000, and Emotional distress is $250,000. (*See* Plaintiff's Statement of Damages Exhibit 5).

12. Complete diversity of citizenship exists in that the Plaintiff is a citizen of the State of California, a Defendant Walmart Inc., is a Delaware corporation, headquartered in Arkansas.

14. Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff. A true and correct copy of this Notice of Removal and the concurrently-filed Notice of Interested Parties and Civil Cover Sheet will be filed with the Clerk of the Superior Court of the State of California in and for the County of Los Angeles as soon as practicable.

WHEREFORE, Wal-Mart requests that the above-entitled action be removed from the Superior Court of the State of California, County of Los Angeles, to this District Court.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: September 10, 2021      By:      s/ Michael F. Colbert
                                                    Bron E. D'Angelo, Esq.
                                                    Michael F. Colbert, Esq.
                                                    Attorneys for Defendant
                                                    **WALMART INC.**
                                                    bdangelo@pettitkohn.com
                                                    mcolbert@pettitkohn.com

2354-9474

3

## CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)**

was/were served on this date to counsel of record:

[X]   **BY MAIL:**  By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ]   **BY E-MAIL DELIVERY:**  Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below.  I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **BY ELECTRONIC TRANSMISSION:**  I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system.  The CM/ECF system will send notification of this filing to the person(s) listed below.

Shawn Azizzadeh, Esq.
Michelle Balady, Esq.
Bedford Law Group, APC
1875 Century Park East, Suite 1790
Los Angeles, CA  90067
Tel: (310) 507-7900
Fax: (310) 507-7910
Email: mb@bedfordlg.com
**Attorney for Plaintiff**
**GLORIA MARTINEZ ARREOLA**

Executed on September 10, 2021, at Los Angeles, California.

_____
Chantha Lieng

2354-9474