JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA MARTINEZ ARREOLA,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., et al.,<br><br>Defendants. | Case No.  CV 21-7278-GW-PDx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

    IT IS SO ORDERED.

Dated: December 6, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE